Steve LIPSCOMB, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Ga., Appellee.

No. 8608.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1937.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger and H. T. Nichols, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

LONDON & PROVINCIAL MARINE & GENERAL INSURANCE COMPANY, Limited, v. KENTUCKY MACARONI COMPANY.

ROYAL INSURANCE COMPANY, Limited, v. KENTUCKY MACARONI COMPANY.

Nos. 7787, 7788.

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1937.

Frank M. Drake, of Louisville, Ky., for appellant.

Robert F. Vaughan, of Louisville, Ky., and Nichols, Morrill, Wood, Marx & Ginter, of Cincinnati, Ohio, for appellee.

Before HICKS and ALLEN, Circuit Judges, and FORD, District Judge.

PER CURIAM.

It is now hereby ordered and adjudged that the judgments herein appealed from be and are in all things affirmed upon the authority of the opinion in Kentucky Macaroni Co. v. London & Provincial Marine & General Insurance Co., Ltd., 83 F.2d 126 (C.C.A.6), which in the opinion of the court constitutes the law of this case.

Siota LONGMIRE et al., Appellants, v. UNITED STATES of America, upon the Relation and for the Use of the TENNESSEE VALLEY AUTHORITY, Appellee.

UNITED STATES of America, upon the Relation and for the Use of the TENNESSEE VALLEY AUTHORITY, Cross-Appellant, v. Siota LONGMIRE et al., Cross-Appellee.

Nos. 7840, 7841.

Circuit Court of Appeals, Sixth Circuit.

Oct. 13, 1937.

Poore, Kramer & Testerman, of Knoxville, Tenn., for appellants.

James Lawrence Fly, of Knoxville, Tenn., for the TVA.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

In this cause the parties having agreed to a settlement of all issues herein, and having moved this court that the appeal and cross-appeal be dismissed, it is ordered and adjudged by this court that the appeal and cross-appeal be, and the same are, hereby dismissed at appellee's and cross-appellant's cost, and that this cause be, and is hereby, remanded to the said District Court for further proceedings according to law and justice.

Appeal and cross-appeal dismissed and causes remanded.